IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY MEDLOCK                                                                PLAINTIFF

vs.                                      Civil No. 6:16-cv-06042-BAB

NANCY A. BERRYHILL                                        DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 15th day of September 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                       /s/ Barry A. Bryant
                                                       HON. BARRY A. BRYANT
                                                       U. S. MAGISTRATE JUDGE